Jonathan C. Agwada, Plaintiff-Appellee, *v.* Abbott Laboratories *et al.,* Defendants-Appellants.

(No. 60480; ▮▮▮▮▮▮▮▮

First District (4th Division)—April 23, 1975.

Opinion by Mr. PRESIDING JUSTICE DIERINGER.

Vedder, Price, Kaufman, & Kammholz, of Chicago (Martin P. Marta and Paul F. Gleeson, of counsel), for appellant Abbott Laboratories.

William J. Scott, Attorney General, of Chicago (Jerry Felsenthal, Assistant Attorney General, of counsel), for appellant Illinois Department of Labor.

No appearance for appellee.